JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL L. HORTON, | Case No. CV 10-6428-JFW (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MR. McWEAN, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 10, 2012

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE